**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCARLETT FORD, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF PRISONS, et al.,<br><br>       Defendants. | Case No. EDCV 12-00006 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 16, 2012

_____
VIRGINIA A. PHILLIPS
United States District Judge